**FILED**
Jun 09, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL MARCUM<br><br>            Defendant. | CASE NO. 1:22-cr-00164-DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 9, 2022 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 1704 – Possession of Counterfeit Postal Key; 18 U.S.C. § 1708 – Possession of Stolen Mail; 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except

/ / /

/ / /

1  when necessary for the issuance and execution of the warrants.

Dated: June 9, 2022                     Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                 By     /s/ Alexandre M. Dempsey
                                        ALEXANDRE M. DEMPSEY
                                        Assistant U.S. Attorney


        IT IS SO ORDERED.

Dated:  June 9, 2022                    _____
                                        ERICA P. GROSJEAN
                                        U.S. Magistrate Judge

Motion to Seal Indictment                        2