1   PHILLIP A. TALBERT
United States Attorney
2   ALEXANDRE DEMPSEY
Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
Fresno, CA 93721
4   Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6   Attorneys for Plaintiff
United States of America
7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,              CASE NO.  1:22-CR-00164-DAD-BAM

12                          Plaintiff,      STIPULATION TO CONTINUE STATUS
                                            CONFERENCE; AND ORDER
13               v.
                                            DATE: July 27, 2022
14   MICHAEL MARCUM,                        TIME: 1:00 p.m.
                                            COURT: Hon. Barbara A. McAuliffe
15                          Defendant.

16

17                                 **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19   through defendant's counsel of record, hereby stipulate as follows:

20         1.     By previous order, this matter was set for status on July 27, 2022.

21         2.     By this stipulation, the parties now move to continue the status conference until October

22   12, 2022, and to exclude time between July 27, 2022, and October 12, 2022, under Local Code T4.

23         3.     The parties agree and stipulate, and request that the Court find the following:

24                a)     The government has represented that the initial discovery associated with this

25         case has been either produced directly to counsel and/or made available for inspection and

26         copying.

27

28

     STIPULATION TO CONTINUE STATUS CONFERENCE          1

1        b)      Counsel for defendant desires additional time to consult with his client, to review

2  the current charges, to conduct investigation and research related to the charges, and to discuss

3  the government's proposed resolution with his client.

4        c)      Counsel for defendant believes that failure to grant the above-requested

5  continuance would deny him the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7        d)      The government does not object to the continuance.

8        e)      Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of July 27, 2022 to October 12, 2022,

13  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14  because it results from a continuance granted by the Court at the parties' request on the basis of

15  the Court's finding that the ends of justice served by taking such action outweigh the best interest

16  of the public and the defendant in a speedy trial.

17      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19  must commence.

20      IT IS SO STIPULATED.

21

22

23  Dated:  July 12, 2022                   PHILLIP A. TALBERT
                                      United States Attorney

24

25                               /s/ ALEXANDRE DEMPSEY
                                ALEXANDRE DEMPSEY

26                               Assistant United States Attorney

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE     2

Dated:  July 12, 2022

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
MICHAEL MARCUM

## **ORDER**

IT IS SO ORDERED that the status conference is continued from July 13, 2022, to **October 12, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:    **July 12, 2022**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE

3