1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  MICHAEL MARCUM

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00164 ADA-BAM |
   |---|---|
12 | *Plaintiff,* | STIPULATION TO ADVANCE SENTENCING; |
13 | v. | ORDER THEREON |
14 | MICHAEL MARCUM, | Date:   December 20, 2022 |
   | | Time:   8:30 a.m. |
15 | *Defendant.* | Judge:  Hon. Ana de Alba |

16

17

18    **IT IS HEREBY STIPULATED** by the parties, through their respective counsel,

19 Alexandre M. Dempsey, Assistant United States Attorney, counsel for plaintiff, and Eric V.

20 Kersten, Assistant Federal Defender, counsel for defendant Michael Marcum, that the sentencing

21 hearing scheduled for January 23, 2023 may be advanced to December 20, 2022.

22    Pursuant to their plea agreement, the government and Mr. Marcum both recommend a

23 sentence at the low end of the applicable guideline range. The draft Presentence Investigation

24 Report (PSR) has been filed and neither party has any objection to the guideline calculations. In

25 addition, Mr. Marcum suffers from several serious health related issues and treatment is being

26 delayed as it is unknown how long Mr. Marcum will remain at the Fresno County Jail before being

27 transferred to the United States Bureau of Prisons.

28

Because it appears there will be no disputed issues at sentencing, it is requested that sentencing be advanced in an attempt to minimize the amount of Mr. Marcum will spend in local custody prior to being transferred.

PHILLIP A. TALBERT
Acting United States Attorney

DATED: December 12, 2022         By   */s/ Alexandre M. Dempsey*
                                      ALEXANDRE M. DEMPSEY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: December 12, 2022         By   */s/ Eric V. Kersten*
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MICHAEL MARCUM

IT IS SO ORDERED.

Dated:   December 13, 2022        _____
                                  UNITED STATES DISTRICT JUDGE