PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL MARCUM,<br><br>             Defendants. | CASE NO. 1:22-CR-00164-ADA-BAM<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING; FINDINGS AND ORDER<br><br>DATE: March 13, 2023<br>TIME: 10:00 a.m.<br>COURT: Ana de Alba |

**STIPULATION**

The United States of America, by and through its counsel of record, and MICHAEL MARCUM, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a restitution hearing on March 13, 2023.

2.  By this stipulation, both parties move to continue the March 13, 2023 restitution hearing date until March 20, 2023. As the defendant has already pleaded guilty, an exclusion of time is not necessary.

IT IS SO STIPULATED.

///

///

///

///

1

Dated:  February 3, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated:  February 3, 2023

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for MICHAEL MARCUM

**ORDER**

At the request of the parties, the March 13, 2023, restitution hearing in the above case is **CONTINUED** to March 20, 2023.

IT IS SO ORDERED.

Dated:   February 5, 2023

_____
UNITED STATES DISTRICT JUDGE

2