1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  1:22-cr-00164-NODJ BAM

12              Plaintiff,                         ORDER DIRECTING THE FEDERAL
                                                   DEFENDER'S OFFICE TO RESPOND TO
13        v.                                       THE COURT'S ORDER OF OCTOBER 10,
                                                   2023
14   MICHAEL MARCUM,
                                                   (Doc. No. 48, 49)
15              Defendant.

16

17          On October 6, 2023, defendant Marcum filed a pro se motion seeking a sentence reduction

18   and compassionate release.  (Doc. No. 48.)  On October 10, 2023, the previously assigned district

19   judge issued an order appointing the Federal Defender's Office to represent defendant and

20   directing that office to file a supplement to defendant's pro se motion or a notice that it did not

21   intend to do so.  (Doc. No. 49.)  That 60 day period has passed and no supplement or notice that a

22   supplement will not be filed has been received by the court.  The court notes, however, that this

23   may have been because the appropriate Assistant Federal Defenders were not included in the

24   CM/ECF Notice of Electronic Filing as directed by the court's prior order.  Therefore, the court

25   again directs that those attorneys be included in the CM/ECF Notice of Electronic Filing.

26          Accordingly, within 30 days of the date of this order, the Federal Defender's Office shall

27   respond to the court's October 10, 2023 order.  Thereafter, absent further order of the court, the

28   government shall have 30 days from the date of the FDO's filing to file an opposition to

1

defendant's motion.  Any reply shall be filed within 15 days of the filing of any opposition by the

government.  The Clerk of Court is directed to include Assistant Federal Defenders Ann

McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the

CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated:   **January 10, 2024**                          _____

UNITED STATES DISTRICT JUDGE