HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MICHAEL MARCUM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00164-NODJ-BAM |
|---|---|
| Plaintiff, | NOTICE OF INTENT TO FILE SUPPLEMENTAL BRIEF AND UNOPPOSED MOTION TO EXTEND FILING DATE; ORDER |
| v. | |
| MICHAEL MARCUM, | Hon. District Judge |
| Defendant. | |

On October 6, 2023, defendant Marcum filed a pro se motion seeking a sentence reduction and compassionate release. (Doc. No. 48.) On October 10, 2023, the previously assigned district judge issued an order appointing the Federal Defender's Office to represent defendant and directing that office to file a supplement to defendant's pro se motion or a notice that it did not intend to do so. (Doc. No. 49.) On January 10, 2024, after no supplement or notice was filed within 60 days, the court again directed that the Federal Defender's Office to respond to the court's October 10, 2023, order within 30 days. (Doc. No. 51.)

Assistant Federal Defender Eric Kersten has been assigned to represent Mr. Marcum and hereby notifies the court that the Federal Defender's Office will be filing a supplement to Mr. Marcum's pro se motion.

Undersigned counsel has determined that additional medical records are necessary to properly supplement Mr. Marcum's motion and requests that the current filing date of

February 9, 2024, be extended by 14 days to allow those records to be obtained. The government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

Assistant United States Attorney Henry Carbajal has no objection to this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 9, 2024,   By: /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MICHAEL MARCUM

## ORDER

**IT IS SO ORDERED**.

DATED:  February 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE