*United States v. Michael Marcum*

Case No. 1:22-cr-00164-NODJ

Exhibit 1-36

*FILED UNDER SEAL*

PLACEHOLDER