HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL MARCUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00164-NODJ |
| Plaintiff, | **[UNDER SEAL]** |
| vs. | **NOTICE OF FILING EXHIBITS 1-36 IN SUPPORT OF DEFENDANT'S MOTION FOR REDUCTION OF PREVIOUSLY IMPOSED SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(i)** |
| MICHAEL MARCUM, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Defendant Michael Marcum hereby attaches and

files, ***under seal***, Exhibits 1-36 in support of his Motion for Reduction of Previously Imposed

Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i).  Good cause exists to seal the documents at

issue as Exhibits 1-36 consist overwhelmingly of confidential medical records.


Dated:  February 23, 2024                    HEATHER E. WILLIAMS
                                                             Federal Defender

                                                             */s/ Eric V. Kersten*
                                                             ERIC V. KERSTEN
                                                             Assistant Federal Defender
                                                             Attorney for Defendant
                                                             MICHAEL MARCUM