PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL, III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MARCUM, <br><br> Defendant. | CASE NO. 1:22-CR-00164-ADA-BAM <br><br> NOTICE OF REQUEST TO SEAL EXHIBIT 2 OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION |

Pursuant to Local Rule 141(b) of the Local Rules of the United States District Court for the Eastern District of California, the government provides notice that it is requesting to file under seal: Exhibit 2 of its opposition to defendant Michael Marcum's motion for sentence reduction. The exhibit contains sensitive medical records pertaining to the defendant. Based upon the concerns articulated in the government's Request to Seal Documents, the government respectfully requests that these documents be filed under seal until further order of the Court. The aforementioned documents were emailed to the Court and counsel for the Defendant on April 26, 2024.

Dated: April 26, 2024                                              PHILLIP A. TALBERT
                                                                                    United States Attorney


                                                                            By:  /s/ *Henry Z. Carbajal, III*
                                                                                    HENRY Z. CARBAJAL, III
                                                                                    Assistant United States Attorney